Anton MAHNICH, Appellant, v. SOUTHERN STEAMSHIP CO.

No. 7928.

Circuit Court of Appeals, Third Circuit.

Argued July 9, 1942.

Decided July 14, 1942.

Abraham E. Freedman, of Philadelphia, Pa. (Freedman & Goldstein, of Philadelphia, Pa., on the brief), for appellant.

Thomas F. Mount and Joseph W. Henderson, both of Philadelphia, Pa. (Rawle & Henderson, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decree of the court below is affirmed upon the opinion of Judge Kirkpatrick, 45 F.Supp. 839.